UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA         :

- against -                      :         **O R D E R**

KAI JOHNSON,                     :         **22 Cr. 191 (LJL)**
                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the application of Peter Enrique Quijano, attorney for **KAI JOHNSON**, for an order authorizing Associate Counsel in a Capital Case;

**I T  I S  H E R E B Y  O R D E R E D,** that:

1. **ANNA N. SIDERIS, Esquire**, is appointed, as Associated Counsel in U.S. v. KAI JOHNSON, 22 Cr. 191 (LJL).

2. **ANNA N. SIDERIS, Esquire** is authorized to bill at a rate of one hundred fifty-eight dollars ($158.00).

3. **ANNA N. SIDERIS, Esquire** is authorized to file interim eVouchers.

DATED:   New York, New York
         April 11, 2022

_____
**HONORABLE LEWIS J. LIMAN**
**UNITED STATES DISTRICT JUDGE**