UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
           -v-                                                    :    22-CR-191 (LJL)
                                                                  :
KAI JOHNSON,                                                      :    ORDER
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a Curcio Hearing on August 17, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.  The Court will address the potential conflicts of interest regarding Ms. Di Chiara's representation of Brandon Robinson and Kai Johnson.  By August 12, 2022, the Government shall submit to the Court a list of proposed questions to ask Mr. Johnson and counsel at the hearing.


      SO ORDERED.

Dated: August 10, 2022
       New York, New York
                                        LEWIS J. LIMAN
                                   United States District Judge