### QUIJANO ENNIS & SIDERIS
ATTORNEYS AT LAW
52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 686-0666

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

*****EX-PARTE and UNDER SEAL*****

August 10, 2022

<u>Via email: LimanNYSDChambers@nysd.uscourts.gov</u>
Honorable Lewis J. Liman
United States District Judge
for the Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Curcio Hearing previously set for August 17, 2022 is rescheduled to August 24, 2022 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
> 8/11/2022   SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Re: <u>U.S. v. Kai Johnson 22 Cr. 191 (LJL)</u>

Dear Judge Liman:

    Anna N. Sideris and I are the attorneys for Kai Johnson in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act, 18 USC §3005. Mr. Johnson is charged in a nine-count indictment, charging him with, *inter alia,* his participation in a Racketeering Conspiracy, and two Murders in Aid of Racketeering – capital charges. On August 10, 2022, the Court ORDERED a *Curcio* Hearing for August 17, 2022 at 2:00 P.M. Ms. Sideris and I are unavailable on August 17th; and, from August 18th to the 22nd we will be traveling to Mexico regarding a matter pending in the Southern District of Texas.

    Accordingly, it is respectfully requested that the court schedule the *Curico* Hearing in <u>U.S. v. Kai Johnson</u>, 22 Cr 191 (LJL) to August 24, 2022, at 12:00 P.M. or later; or, August 23, 2022, at 2:00 P. M. or later. I have conferred with A.U.S.A. Andrew Chan, and I understand that the **government has no objection** to this request.

    Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

Respectfully submitted,

*Peter E. Quijano*
Peter Enrique Quijano

cc:    All government Counsel by email and ECF

Lauren Di Chiara by email and ECF