UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
      :
UNITED STATES OF AMERICA,      :
      :
    -v-      :      22-CR-191 (LJL)
      :
KAI JOHNSON,      :      <u>ORDER</u>
      :
    Defendant.      :
      :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has scheduled a Curcio hearing for August 24, 2022.  The defense objects to the conduct of a Curcio hearing and to the specific proposed questions proffered by the Government, arguing that no potential conflict of interest has yet arisen.  The Court has not yet reached a final determination whether to question Mr. Johnson and with respect to the precise content of the questions.  Accordingly, the parties should be prepared to address those issues at the outset of the hearing scheduled for tomorrow (and to address whether the need for a Curcio hearing should be discussed outside of the presence of the defendant).  If the Court agrees with the Government that a Curcio hearing should be conducted, the parties should be prepared for the Court to move immediately to the questioning of the defendant.

      SO ORDERED.

Dated: August 23, 2022
      New York, New York
                                                            LEWIS J. LIMAN
                                                        United States District Judge