UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                             22 Cr. 191 (LJL)

      v.                                                  ORDER

KAI JOHNSON,

                                      Defendant.
------------------------------------------------------x

Upon the application of Anna N. Sideris, Attorney for Kai Johnson, for an order appointing a Mitigation Specialist in this case;

IT IS HEREBY ORDERED, that:

1. Carmeta Albarus, of CVA Consulting, is appointed as Mitigation Specialist in U.S. v. Kai Johnson, 22 Cr. 191 (LJL).
2. Carmeta Albarus, of CVA Consulting, is authorized to bill at an hourly rate of $125.00.
3. Caremeta Albarus, of CVA Consulting, is authorized to bill up to 100 hours.


Dated:        New York, New York
                  January 25, 2023

                                                             Honorable Lewis J. Liman
                                                              United States District Judge